IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALEXANDER M. ALBRITTON,

    Petitioner,
v.                                                 CASE NO. 1:11-cv-0014-MMP-GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition stems from Petitioner's 1991 Alachua County conviction of first degree murder and other offenses, for which Petitioner is serving a life sentence.

Although Petitioner did not disclose his prior federal habeas case as required by the petition form, a review of the Court's docket reflects that Petitioner has been denied relief under § 2254 as to this conviction. *See Albritton v. Moore*, Case No. 1:00-cv-0099-MP-WCS, Doc. 7 (N.D. Fla. 8/2/00) (dismissing petition as time-barred). The Eleventh Circuit denied Petitioner a certificate of appealability. *Id*. Doc. 24. Thus, the instant Petition is successive.

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration.

In light of the foregoing, it is respectfully **RECOMMENDED:**

That the petition for writ of habeas corpus, Doc. 1, be **DISMISSED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**.

**IN CHAMBERS** this 25th day of January 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:11-cv-0014 MP-GRJ*